# Third District Court of Appeal
## State of Florida

Opinion filed March 6, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-2252
Lower Tribunal No. F00-11088C
_____

**James T. Roberts,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Tanya Brinkley, Judge.

James T. Roberts, in proper person.

Ashley Moody, Attorney General and Ivy R. Ginsberg, Assistant Attorney General, for respondent.

Before SCALES, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.  See Roberts v. State, 337 So. 3d 426 (Fla. 3d DCA 2021).